

FILED
GREAT FALLS

2009 DEC 7 PM 2 07

PATRICK E. DUFFY, CLERK

BY_____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| WENDY J. JEROME, | CV 09-20-GF-SEH |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 23, 2008, United States Magistrate Judge Keith Strong entered

Findings and Recommendation[1] in this matter. No objections were filed. No

review is required of proposed findings and recommendations to which no

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 6.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.     Plaintiff's Motion for Summary Judgment[2] is GRANTED IN PART AND DENIED IN PART as addressed in Judge Strong's Findings and Recommendations filed November 12, 2009.

2.     Defendant's Motion for Summary Judgment[3] is GRANTED IN PART AND DENIED IN PART as addressed in Judge Strong's Findings and Recommendations filed November 12, 2009.

3.     The case is REMANDED to the ALJ for consideration of the issues raised by the Findings and Recommendations of Magistrate Strong.

DATED this ___7th___ day of December, 2009.

SAM E. HADDON
United States District Court

---

[2] Docket No. 11.

[3] Docket No. 14.